UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIRK JA'ONG BOUIE, JR., | No. 2:23-cv-2240 DJC AC P |
| Petitioner, | |
| v. | ORDER |
| BRYAN D. PHILLIPS, | |
| Respondent. | |

Petitioner has requested an extension of time to file objections to the October 10, 2023, findings and recommendations on the ground that he requires additional time to obtain copies to serve. ECF No. 4. Good cause appearing, the motion will be granted. Petitioner is advised that because respondent has not been served with the petition, petitioner is only required to submit a copy of his objections to the court.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's request for an extension of time (ECF No. 4) is GRANTED; and

2. Petitioner shall have twenty-one days from the service of this order to file objections.

DATED: November 8, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE